FRANK LYONS, Respondent, v. WELZ & ZERWECK, a Corporation, IDA WELZ and CONRAD BOLLER, Appellants.— Action for alleged libel and slander. Order denying defendants' motion to dismiss the complaint as being insufficient in law affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

NEPONSIT PROPERTY OWNERS ASSOCIATION, INC., Respondent, v. MARJORIE MAYER, Appellant, and MORELAND MORTGAGE COMPANY, Defendant.— Action to enforce and foreclose a lien against defendant Mayer's property, for the amount of the annual charge to which the property is subject, for the period from 1926 to 1936, both inclusive, aggregating $176. Order denying motion of defendant Mayer, under rule 106 of the Rules of Civil Practice, to dismiss the complaint as insufficient upon the face thereof, affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from the entry of the order hereon. (*Lawrence Park Realty Co.* v. *Crichton,* 218 App. Div. 374; *Kennilwood Owners' Assn.* v. *Jaybro R. & D. Co.,* 156 Misc. 604.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

PECK DISTRIBUTING CORPORATION, Respondent, v. KELLOGG SALES CO., Appellant.— In an action for damages for the breach of each of two oral contracts by which appellant engaged respondent to distribute samples of cereals, judgment unanimously affirmed, with costs. It was the peculiar province of the trial justice to weigh the evidence and to determine credibility. His were the opportunity, the responsibility and power to decide the disputed questions of fact. (*Boyd* v. *Boyd,* 252 N. Y. 422, 429.) His determination was not against the weight of the evidence, which supports his conclusion. Neither contract is void for indefiniteness. The appellant's contention that the trial justice based his decision on any other contract than those pleaded is without foundation. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

LOUIS PRIMACK, Appellant, v. MUNCH BREWERY, INC., Respondent.— Judgment in favor of the defendant, entered on the verdict of a jury in an action by the plaintiff to recover damages for claimed personal injuries alleged to have been sustained by reason of the defendant's negligence, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LAULER, Appellant.— Judgment of the Court of Special Sessions, City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986, Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERMINIO NOCERA, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the offense of failing to tag articles of bedding, in violation of section 385, subdivision 1, of the General Business Law, unanimously affirmed. Appeal from decision dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.